UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JASON R. SHOCKLEY, | ) | CASE NO. 5:22 CV 381 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| SUMMIT COUNTY JAIL | ) | AND ORDER |
| MEDICAL STAFF, | ) | |
| | ) | |
| Defendant. | ) | |

*Pro se* Plaintiff Jason R. Shockley filed this civil rights action on March 8, 2022. He did not pay the filing fee of $ 402.00. Instead, he submitted an *in forma pauperis* application. Plaintiff, however, is a prisoner in the Summit County Jail. Pursuant to 28 U.S.C. § 1915(a)(2), prisoner *in forma pauperis* applications must be accompanied by a certified copy of the prisoner's trust account statement covering the 6-month period immediately preceding the filing of the Complaint. Plaintiff did not provide a certified copy of his trust account statement.

On May 17, 2022, this Court ordered Plaintiff to either to pay the full fee of $402 if funds to pay it exist in his prisoner account or provide a certified copy of his prison trust account statement for the 6-month period immediately preceding the filing of the Complaint. Plaintiff was given 30 days from the date of that Order to comply. He also was notified that failure to comply with the Order may result in dismissal of this action without further notice. Well more than 30 days have passed and Plaintiff has not paid the filing fee nor has he provided a certified

copy of his trust account statement. Because Plaintiff has not complied with the Order, this action is dismissed for want of prosecution.

 IT IS SO ORDERED.

            /s/ John R. Adams
            JOHN R. ADAMS
            UNITED STATES DISTRICT JUDGE